Federal Life Insurance Company, Appellant, v.
Frederick L. Hunter, Jr., Appellee.

Gen. No. 42,737.

Heard in the third division, first district, this court at the October term, 1943; opinion filed June 29, 1945; released for publication July 24, 1945. Eckert & Peterson, for appellant; Walter H. Eckert, Owen Rall, Walter W. Ross, Jr. and Harold W. Huff, of counsel; Hubbard, Baker & Rice, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.